# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN T. BOBADILLA,<br><br>  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 2:16-cv-09299-AGR<br><br>ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

Pursuant to the Stipulation of the parties, it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the Stipulation.

Date: June 20, 2017

By: _____
ALICIA ROSENBERG
UNITED STATES MAGISTRATE JUDGE

Page 1        JUDGMENT - [8:16-cv-01969-SS]